**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| Milton Ramiro Suqui Suqui | ) | |
| | ) | |
| Plaintiff | ) | Case No: 25-cv-14681 |
| | ) | |
| v. | ) | |
| | ) | Judge: Lindsay C. Jenkins |
| OLSEN et al | ) | |
| Defendant | ) | |

**<u>Order</u>**

Telephone conference held.    By agreement of the parties, this case is transferred to the Western District of Texas for further proceedings.    The Clerk shall transfer this case forthwith.    Civil case terminated.

Date: 12/10/2025
 (T0:10)

Lindsay C. Jenkins
United States District Court Judge